UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

HOWARD C BUNCH )
)
SHERRY E BUNCH )
)
_____ )
Name of plaintiff (s) )
)
v. ) Case No. _____
) (to be assigned by Clerk)
RHA )
)
HEALTH SERVICES )
)
_____ )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

VISITATION. TO DAUGHTER, ~~DRS~~ DOCTOR'S TO be USED IN her CARE. WRONG MEDICATIONS BEING USED HAS IMPLANT FOR SEIZURE DISORDER.

2. Plaintiff, HOWARD BUNCH SHERRY BUNCH resides at 1061 JAYBIRD RD , MORRISTOWN
street address / city
HAMBLEN , TENN , 37814 , 423-231-4863 / 423 312 8025
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
SHERRY BUNCH 1061 JAYBIRD RD MORRISTOWN TN 37814
423-312 8025

1

3. Defendant, RHA. HEALTH SERVICES lives at, or its business is located at

9041 Executive ~~Drive~~ PARK Drive, Knoxville TN,
street address / city
KNOX, TENN, 37923.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)
DIANE CONGSTER, NURSE AT RHA.
KIM PERKINS ADMINISTRATOR.
BRANDON CHILDRESS. HOME CORINATOR.

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Christina Diane Bunch. Daughter of Howad Bunch was taken out of home. With alligations of neglect. She now resides at RHA. Wher I Howard Bunch share coseruatorship with her Aunt Becky. Carpenter. Who has never. Visited. Her. At home. or attended no DR visit. Brandon Childress. Denied me visitation with Christina. Also told me that if I pick her up that I could not return her. I did video this along with a witnes Tammy James will provide additional information on seperate paper

2

Case 2:20-cv-00152-KAC-CRW    Document 1    Filed 07/16/20    Page 2 of 3    PageID #: 2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. INVESTIGATE MY CLAIMS TALK WITH PEOPLE WHO KNOW AND LOVE CHRISTINA

b. AND LET HER COME BACK HOME PLEASE TALK WITH DOCTOR ABOUT IMPLANT AND

c. GIVE HER A BETTER LIFE.

d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20____.

*Howard E Bunch*
*Sherry E Bunch*

Signature of plaintiff(s)

3