UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| HOWARD C. BUNCH, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.: 2:20-CV-152-KAC-CRW |
| RHA HEALTH SERVICES, et al., | ) ) ) | |
| Defendants. | ) | |

# **JUDGMENT**

Pursuant to the accompanying Memorandum and Order Dismissing Complaint, Plaintiffs' claims against Defendants are hereby **DISMISSED** without prejudice for a lack of jurisdiction. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT